TODD BLANCHE
Acting United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO RUNCO and JACQUELINE RUNCO, Individually and as Successors in Interest of the Estate of REED ANTHONY NORRIS, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE NATURE CONSERVANCY, a non-profit organization; TRIBAL ECORESTORATION ALLIANCE, a non-profit organization; DOE,<br><br>Defendants. | Case No. 2:26-cv-01095-RFB-BNW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**<br><br>**(FIRST REQUEST)** |

This Stipulated Request for an Order Changing Time to Answer or Otherwise Plead to Plaintiffs' Complaint is entered into by and among Plaintiffs Antonio Runco and Jacqueline Runco, Individually and as Successors in Interest of the Estate of Reed Anthony Norris, Decedent ("Plaintiffs"), Defendant Tribal Eco Restoration Alliance ("TERA"), Defendant The Nature Conservancy, and Defendant the United States of America ("USA") (collectively with TERA and The Nature Conservancy, "Defendants") (all collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed a Complaint for Damages for Wrongful Death in this action on April 8, 2026;

WHEREAS, Plaintiffs served the USA on June 16, 2026;

WHEREAS, Plaintiffs served TERA on July 14, 2026;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for TERA to answer or otherwise respond to the Complaint is August 4, 2026;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(2), the deadline for the USA to answer or otherwise respond to the Complaint is August 15, 2026;

WHEREAS, Defendant the USA has yet to appear in this action;

WHEREAS, the Parties currently appearing in this action have agreed to extend the time for TERA to answer or otherwise respond to the Complaint by 30 days from August 4, 2026 to September 3, 2026 to allow TERA time to secure local counsel in this matter;

WHEREAS, the Parties currently appearing in this action have agreed to extend the time for the USA to answer or otherwise respond to the Complaint by 19 days from August 15, 2026 to September 3, 2026; and

WHEREAS, this is the first request for an extension of TERA's and the USA's deadline to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the Parties hereby stipulate and agree, pursuant to Local Rules IA 6-1 and 6-2 and 7-1, and through their respective counsel, to request an order stating that:

1. TERA's and the USA's time to answer or otherwise respond to the Complaint is extended to September 3, 2026;

2. This stipulation will not be considered a general appearance by Defendants.

3. The dates proposed in this stipulation may be further extended by stipulation of the Parties, and further order of the Court.

4. Pursuant to Local Rule IC 5-1(d), I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized its filing.

Respectfully submitted,

DATED: August 4, 2026

TODD BLANCHE
Acting United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

By: */s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Defendants*

DATED: August 4, 2026

SHUTE, MIHALY & WEINBERGER LLP

By: */s/ Sara A. Clark*
SARA A. CLARK
*Attorneys for Defendant*
*TRIBAL ECORESTORATION ALLIANCE*
*Pro hac vice* pending

DATED: August 4, 2026

By: */s/ Antonio Runco*
ANTONIO RUNCO
JACQUELINE RUNCO
*Pro Se Plaintiffs*

DATED: August 4, 2026

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: */s/ Erin Tognetti*
ERIN TOGNETTI
*Attorneys for Defendant*
*THE NATURE CONSERVANCY*

**IT IS SO ORDERED:**

**United States Magistrate Judge**

**DATED:** August 5, 2026