Erin Tognetti (SBN ID ISB No. 11456)
etognetti@hawleytroxell.com
HAWLEY TROXELL ENNIS & HAWLEY LLP
333 S. Main Street
Suite 200
P.O. Box 100
Pocatello, ID 83204
Telephone: 208.233.2001
Facsimile: 208.232.0150

Andrew C. Nelson (SBN ID ISB No. 11778)
anelson@hawleytroxell.com
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile:

Attorneys for Defendants The Nature Conservancy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO RUNCO and JACQUELINE RUNCO, Individually and as Successors in Interest of the Estate of REED ANTHONY NORRIS, Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE NATURE CONSERVANCY, a non-profit organization; TRIAL ECORESTORATION ALLIANCE, a non-profit organization: DOE INDIVIDUALS I through X: and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01095-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO FILE DISCOVERY PLAN AND/OR SCHEDULING ORDER (First Request)** |

Plaintiffs, Antonio Runco and Jaqueline Runco, (collectively "Plaintiffs"), *pro se*, and the Defendant, the Nature Conservancy, ("Defendant") by and through counsel of record Hawley Troxell Ennis & Hawley LLP, hereby respectfully submit the following Stipulation and Order to Extend the Parties' deadline to file the Discovery Plan/Scheduling Order after the Defendant filed its Motion to Dismiss, (ECF No. 25).

/ / /

This is the parties first request for an extension of time to file the Discovery Plan/Scheduling Order. Previously, the Defendant submitted a Motion to Dismiss, (Dkt. No. 25), to which the Plaintiffs responded, (Dkt. No. 32), which is currently pending court review. Additionally, on August 5, 2026, this Court granted an extension to the Defendants, the United States of America ("USA") and Tribal Eco Restoration Alliance ("TERA"), to answer or otherwise respond to Plaintiff complaint to September 3, 2026. (Dkt. No. 38 at 2; ¶¶ 16-26).

Based upon the above, the parties request an extension of time to submit the Discovery Plan/Scheduling an additional fourteen (14) days or Friday, September 11, 2026. The parties assert that the requisite good cause is shown to allow such an extension of time. This extension of time will allow the other parties to respond to Plaintiffs complaint and participate in the Discovery Plan/Scheduling Order avoiding additional delays or amendments.

For the foregoing reasons, the parties respectfully request that this Court extend the Parties' deadline to file a Discovery Plan/Scheduling Order up to an including Friday, September 11, 2026.

Dated this 28th day of August, 2026.

By: *<u>/s/ Andrew C. Nelson</u>*

Andrew C. Nelson
anelson@hawleytroxell.com
HAWLEY TROXELL ENNIS & HAWLEY LLP
333 S. Main Street
Suite 200
P.O. Box 100
Pocatello, ID 83204
Telephone: 208.233.2001
Facsimile: 208.232.0150

Dated this 28th day of August, 2026.

By: *<u>/s/ Antonio Runco</u>*

ANTONIO RUNCO
6041 Belladonna Circle
Las Vegas, Nevada 89142
Phone: (702) 234-4638
Email: tony.runco@hotmail.com
*Plaintiff, In Proper Person*

Dated this 28th day of August, 2026.

By: /s/ Jaqueline Runco
JAQUELINE RUNCO
6041 Belladonna Circle
Las Vegas, Nevada 89142
Phone: (702) 234-4639
Email: jrunco1992@yahoo.com
*Plaintiff, In Proper Person*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 31, 2026