**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax 702-608-7814

*Attorneys for Defendant*
*Tribal EcoRestoration Alliance*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO RUNCO and JACQUELINE RUNCO, Individually and as Successors in Interest of the Estate of REED ANTHONY NORRIS, Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE NATURE CONSERVANCY, a non-profit organization; TRIBAL ECORESTORATION ALLIANCE, a non-profit organization: DOE INDIVIDUALS I through X: and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01095-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS TRIBAL ECORESTORATION ALLIANCE AND THE UNITED STATES OF AMERICA'S TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs Antonio Runco and Jacqueline Runco ("Plaintiffs"), defendants Tribal EcoRestoration Alliance ("TERA"), The Nature Conservancy ("TNC"), and the United States of America (the "USA") stipulate and agree as follows:

1. Plaintiffs filed their complaint on April 8, 2026.

2. All defendants have been served with the complaint.

3. Defendants TERA and the USA were previously granted an extension to answer or otherwise respond to the complaint on or before September 3, 2026.

4. TERA was not able to retain Nevada counsel until late August 2026, when it retained Hone Law.

5. Due to prior court and litigation commitments, TERA's counsel needs additional time to investigate the factual and legal issues presented in the complaint, and to prepare a response to the complaint.

6. The Office of the United States Attorney also needs additional time to prepare and respond to the complaint.

7. Accordingly, the parties have agreed that TERA and the USA shall have up to and including September 25, 2026, to file a response to plaintiffs' complaint.

8. The parties further stipulate that a Discovery Plan/Scheduling Order shall be submitted not later than October 26, 2026.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that defendants TERA and the USA shall have an extension up to and including September 25, 2026, to file a response to plaintiffs' complaint.

This is the parties' second request for an extension of this deadline. The extension is sought in good faith and not for the purpose of undue delay. The extension is necessary to accommodate the court and litigation obligations of TERA's counsel existing prior to the time it was retained by TERA, and to accommodate the staffing and scheduling needs of the Office of the United States Attorney.

Dated September 3, 2026

HONE LAW

*<u>/s/ Eric. D. Hone</u>*
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant*
*Tribal EcoRestoration Alliance*

Dated 3 September 2026

*<u>/s/ Antonio Runco</u>*
Antonio Runco
Jaqueline Runco
jrunco1992@yahoo.com
6041 Belladonna Circle
Las Vegas, NV 89142

*Pro Se Plaintiffs*

Dated 3 September 2026

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
Tamer B. Botros, NV Bar No. 12183
tamer.botros@usdoj.gov
501 Las Vegas Blvd S, Suite 1100
Las Vegas, Nv 89101

*Attorneys for Federal Defendants*

Dated September 3, 2026

HAWLEY TROXELL ENNIS & HAWLEY

*/s/ Erin Tognetti*
Andrew C. Nelson, NV Bar No. 15971
anelson@hawleytroxell.com
877 W. Main Street, Suite 200
Boise, ID 83702

Erin Tognetti, ID Bar No. 11456
etognetti@hawleytroxell.com
333 S. Main Street, Suite 200
Pocatello, ID 83204

*Attorneys for Defendant*
*The Nature Conservancy*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 4, 2026